NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1708 consolidated with CA 03-1709

BOBBY A. GLYNN, ET AL.

VERSUS

AMERICAN MOTORISTS INS. CO., ET AL.

**********

APPEAL FROM THE
PINEVILLE CITY COURT
PARISH OF PINEVILLE CITY COURT, NO. 01-330
HONORABLE JESSE PHILLIP TERRELL, JR., CITY COURT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

William M. Ford
Attorney at Law
P. O. Box 12424
Alexandria, LA 71315-2424
(318) 442-8899
Counsel for: Plaintiffs/Appellees
Bobby A. Glynn
Barbara W. Glynn

**Kay Hilgerson Michiels**
**Walker, Passman & Michiels**
**P. O. Box 13020**
**Alexandria, LA 71315-3020**
**(318) 445-4516**
**Counsel for: Defendant/Appellant**
**Brookshire Grocery Company**